UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT STRICKLAND,<br>  Plaintiff,<br><br>  v.<br><br>LOWE'S HOME CENTERS, LLC<br>  Defendant. | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446 and the United States District Court for the District of Connecticut's Standing Order on Removed Cases, Defendant, Lowe's Home Centers, LLC ("Lowe's"), removes this action to the United States District Court for the District of Connecticut. The grounds for removal are as follows:

  1. This action arises out of the employment relationship between Plaintiff, Robert Strickland ("Mr. Strickland") and Lowe's. In his Complaint, Mr. Strickland asserts that Lowe's discriminated against him on the basis of his race in violation of the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60.

  2. On April 2, 2019, undersigned counsel accepted service of the Complaint on behalf of Lowe's. Accordingly, this notice of removal is being filed within the time period required by law, as set forth in 28 U.S.C. § 1446(b). As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Lowe's are attached to this Notice as **Exhibit A**, including a true and correct copy of the Complaint and a true and correct copy of the Civil Summons.

3. This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 because there is diversity of citizenship. In paragraph 3 of the Complaint, Mr. Strickland states that he is a resident of West Haven, Connecticut. Lowe's is a limited liability company whose sole member is Lowe's Companies, Inc. For purposes of diversity jurisdiction the citizenship of a limited liability company is determined by the citizenship of its members. Bayerische Landesbank v. Aladdin Capital Mgmt., 692 F.3d 42, 49 (2d Cir. 2012). Lowe's Companies, Inc. is a citizen of North Carolina as it is a North Carolina Corporation having its principal place of business located in North Carolina. See Hertz Corp. v. Friend, 130 S.Ct. 1181 (2010) (holding that a corporation's principal place of business for purposes of determining diversity is "where the corporation's high level officers direct, control, and coordinate the corporation's activities … [the] 'nerve center'"). As such, there is complete diversity.

4. Also, the amount in controversy exceeds the $75,000 required under 28 U.S.C. § 1332. In his Complaint, Mr. Strickland seeks back pay from June 14, 2018, emotional distress damages, interest, as well as costs and attorneys' fees. Givens v. W.T. Grant Co., 457 F.2d 612, 614 (2d Cir.), *vacated on other grounds*, 409 U.S. 56 (1972) (attorneys' fees may be included in determining the jurisdictional amount if they are recoverable as a matter of right); Tomick v. United Parcel Serv., Inc., 135 Conn.App. 589, 628 (Conn. App. Ct. 2012) (attorneys' fees and court costs are available remedies for discriminatory practices in violation of the CFEPA). At the time of the termination of his employment, Plaintiff's annualized rate of pay was $47,236.80.

WHEREFORE, Defendant requests that the above-captioned action now pending against it in Milford Superior Court of the State of Connecticut be removed therefrom to this Court.

3

        Respectfully submitted,

        **LOWE'S HOME CENTERS, LLC**,

        By its attorneys,

        /s/ Richard C. Van Nostrand
        Richard C. Van Nostrand, Esq.
        Mirick, O'Connell, DeMallie & Lougee, LLP
        1800 West Park Drive, Suite 400
        Westborough, MA 01581-3926
        t 508.860.1453
        f 508.207.9347
        rvannostrand@mirickoconnell.com

Dated: April 26, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electric filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

I further certify that on this date, a copy of the foregoing was mailed to Plaintiff's counsel, Stephen J. Fitzgerald and Elisabeth J. Lee, Garrison, Levin-Epstein, Fitzgerald & Pirrotti, P.C., 405 Orange Street, New Haven, CT 06511.

      /s/ Richard C. Van Nostrand
Richard C. Van Nostrand, Esq.
Mirick O'Connell
1800 West Park Drive, Suite 400
Westborough, MA 01608
t 508.860.1453
f 508.207.9347
rvannostrand@mirickoconnell.com

Dated: April 26, 2019